| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>--------------------------------------------------------X<br>In re:<br><br>MICHAEL C. GARCIA<br><br><br>                       Debtor(s)<br>--------------------------------------------------------X | *Return Date:* **April 4, 2019**<br>*Time:* **10:00 a.m.**<br><br>Chapter 13<br>Case No.: 19-40250-608<br><br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS:

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 4th day of APRIL, 2019 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to provide and/or file documents, failure to submit pre-confirmation payments, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>       March 14, 2019 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, NY   11749<br>(631) 549-7900 |

To:    Office of the United States Trustee
       MICHAEL C. GARCIA, Debtor(s)
       ADRIAN J. JOHNSON, ESQ., Attorney for Debtor(s)
       All Interested Parties and Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X    tmm1634
In re:

                                                Chapter 13
                                                Case No.: 19-40250-608

MICHAEL C. GARCIA

                            Debtor(s)                    **APPLICATION**
----------------------------------------------------------X

TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 15, 2019, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, debtor(s) has failed to provide the Trustee with copies of personal state and federal Tax Returns for 2018; amended Chapter 13 Plan; proof post-petition home maintenance and car payments have been made; motion for Loss Mitigation; copy of the loss Mitigation package submitted to the bank; and the grounds set forth in the Objection to Confirmation must be dealt with in the Plan.

        3. In addition, the debtor has failed to submit any pre-confirmation payments to the Trustee.

        4. This is a material default and is prejudicial to the rights of the creditors of the debtor.

        **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       March 14, 2019

                                                          */s/ Michael J. Macco*
                                                          Michael J. Macco, Chapter 13 Trustee
                                                          2950 Express Drive South, Suite 109
                                                          Islandia, NY   11749
                                                          (631) 549-7900

| STATE OF NEW YORK | ) | |
|---|---|---|
| COUNTY OF SUFFOLK | ) | ss.: |

STEPHANIE TURNER, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On March 14, 2019 deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Michael C. Garcia*
*1570 212 Street, Unit 256*
*Bayside, NY 11360-1110*
*Debtor(s)*

*Capital One Auto Finance*
*Attn: Capital One Auto Finance, a division of Capital One, N.A. Department*
*AIS Portfolio Services, LP*
*4515 N Santa Fe Ave. Dept. APS*
*Oklahoma City, OK 73118*

*Sterling National Bank*
*c/o Gross Polowy, LLC*
*1775 Wehrle Drive, Suite 100*
*Williamsville, NY 14221*

*Bay Terrace Cooperative Section III, Inc.*
*c/o HANKIN & MAZEL, PLLC*
*60 Cutter Mill Road, Suite 505*
*Great Neck, New York 11021*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Adrian J. Johnson, Esq.*
*Johnson & Associates LLC*
*ajohnson@johnsonlegalpc.com*
*Attorney for Debtor(s)*

                                                         */s/ Stephanie Turner*
                                                         STEPHANIE TURNER

Sworn to before me this
14th day of MARCH, 2019

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021