

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

June 4, 2019

Chambers, Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
201 Varick Street
Suite 1006
Brooklyn, NY 11201

Re:        Michael C. Garcia
Case No.   19-40250-ess
Loan No.   ...1388

Dear Hon. Carla E. Craig,

      Please allow this letter to serve as a written status report, submitted on behalf of Sterling National Bank (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

      The Firm filed a letter seeking loss mitigation documents on March 22, 2019 and await the same.

      If there are any questions, please feel free to contact me directly at 716-253-6200.

                                   Very truly yours,


                              By:    /s/:  Deborah Turofsky, Esq.

cc.       ECF and Email
           Adrian J Johnson, Esq.