# THE LAW FIRM OF
# JOHNSON & ASSOCITEAS, LLC

June 10, 2019

Chief Judge Carla E. Craig
United States Bankruptcy Court
Easter District of New York
Conrad B Duberstein Courthouse
271-C Cadman Plaza East-Suite 1595
Brooklyn, NY 11201-1800

>   Debtor: Michael C. Garcia
>   Case No: 1-19-40250-cec
>   Chapter: 13
>   Property Address: 1570 212th Street, Unite 256, Bayside, NY 11360

Dear Judge Craig,

This firm represents the Debtor, Michael C. Garcia. On June 10, 2019 the above named Debtor submitted by facsimile and overnight a Loss Mitigation Package to Dovenmuehle Mortgage. We respectfully request that this letter serves as a status update on the aforementioned loss mitigation proceeding. Accordingly, Dovenmuehle Mortgage has a complete package at this time.

Thank you for your consideration. Please do not hesitate to contact me with any questions you might have regarding the matter.

>   Respectfully,
>
>   /S/ Adrian Johnson, Esquire
>   Adrian Johnson, Esquire
>   ajohnson@johnsonlegalpc.com